Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 11, 2007








Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 11, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01086-CV

____________

 

IN RE U.S. ADVISOR, LLC,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On December 6, 2006, relator U.S.
Advisor, LLC filed a petition for writ of mandamus in this court, requesting we
compel the Honorable Clifford J. Vacek, presiding judge of the 400th District
Court, Fort Bend County, Texas, to vacate an order granting a motion to vacate
lis pendens in the underlying cause.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see  also  Tex. R. App. P. 52.1. 
Relator has failed to establish that it is entitled to the requested mandamus
relief.  Accordingly, we deny relator=s petition for writ of mandamus.                                 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 11, 2007.

Panel consists of Justices Frost,
Seymore, and Guzman.